DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AMADO N. HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-0026 GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING** |
| v. | |
| AMADO N. HERNANDEZ, | Date: October 28, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Amado N. Hernandez, that the status conference scheduled for October 28, 2011, may be continued to November 18, 2011, at 9:00 a.m.

Defense counsel recently returned from extended leave and needs time to review the results of forensic testing done on materials seized from Mr. Hernandez and others. Accordingly, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the

Speedy Trial Act may be excluded from the date of this order through November 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 26, 2011        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for Amado Hernandez

                               BENJAMIN B. WAGNER
                               United States Attorney

Dated: October 26, 2011        /s/ T. Zindel for Russell Carlberg
                               RUSSELL CARLBERG
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 18, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 18, 2011.

IT IS SO ORDERED.

Dated: October 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order        -2-