1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   AMADO N. HERNANDEZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14 UNITED STATES OF AMERICA,    )  Case No. 2:11-CR-0026 GEB
                                )
15              Plaintiff,      )  **STIPULATION AND ORDER**
                                )  **CONTINUING STATUS CONFERENCE**
16      v.                      )  **AND EXCLUDING TIME**
                                )
17 AMADO N. HERNANDEZ,          )
                                )  Date:  December 16, 2011
18              Defendant.      )  Time:  9:00 a.m.
                                )  Judge: Garland E. Burrell, Jr.
19 _____)

20

21      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
22 of America, and defendant, Amado N. Hernandez, that the status conference
23 scheduled for December 16, 2011, may be continued to January 27, 2012, at
24 9:00 a.m.
25      Defense counsel needs additional time to review the results of
26 forensic testing done on materials seized from Mr. Hernandez and others.
27 Accordingly, the parties agree that the ends of justice to be served by
28 a continuance outweigh the best interests of the public and the defendant

in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through January 27, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 15, 2011  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for AMADO HERNANDEZ

BENJAMIN B. WAGNER
United States Attorney

Dated: December 15, 2011  /s/ T. Zindel for Russell Carlberg
RUSSELL CARLBERG
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to January 27, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 27, 2012.

IT IS SO ORDERED.

Dated: December 15, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge