1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   AMADO N. HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0026 GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| AMADO N. HERNANDEZ, | Date: January 27, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Amado N. Hernandez, that the status conference scheduled for January 27, 2012, may be continued to March 2, 2012, at 9:00 a.m.

Defense counsel seeks additional time to review and consider results of forensic testing done on materials seized from Mr. Hernandez and others. Accordingly, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the

defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through March 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 25, 2012      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for AMADO HERNANDEZ

BENJAMIN B. WAGNER
United States Attorney

Dated: January 25, 2012      /s/ T. Zindel for R. Carlberg
RUSSELL CARLBERG
Assistant U.S. Attorney

# **O R D E R**

The status conference is continued to March 2, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 2, 2012.

IT IS SO ORDERED.

Dated: January 25, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge