1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
AMADO N. HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0026 GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| AMADO N. HERNANDEZ, | Date: May 18, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Amado N. Hernandez, that the status conference scheduled for May 18, 2012, may be continued to June 29, 2012, at 9:00 a.m.

Defense counsel is reviewing a report of forensic testing and collecting other materials on behalf of Mr. Hernandez and will meet with government counsel next week to discuss possible resolutions. Accordingly, the parties agree that the ends of justice to be served by

a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through June 29, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 16, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for AMADO HERNANDEZ

BENJAMIN B. WAGNER
United States Attorney

Dated: May 16, 2012 /s/ T. Zindel for R. Carlberg
RUSSELL CARLBERG
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 29, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 29, 2012.

IT IS SO ORDERED.

Dated: May 16, 2012

GARLAND E. BURRELL, JR.
United States District Judge