1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   AMADO N. HERNANDEZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14 UNITED STATES OF AMERICA,    )  Case No. 2:11-CR-0026 GEB
                                )
15            Plaintiff,        )  **STIPULATION AND ORDER**
                                )  **CONTINUING STATUS CONFERENCE**
16      v.                      )  **AND EXCLUDING TIME**
                                )
17 AMADO N. HERNANDEZ,          )
                                )  Date:  July 20, 2012
18            Defendant.        )  Time:  9:00 a.m.
                                )  Judge: Garland E. Burrell, Jr.
19 _____ )

20

21     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
22 of America, and defendant, Amado N. Hernandez, that the status conference
23 scheduled for July 20, 2012, may be continued to September 7, 2012, at
24 9:00 a.m.
25     A resolution proposed by the defense remains under discussion by the
26 government but additional time is needed to review the proposal and
27 consider possible pre-trial resolution of the case. Accordingly, the
28 parties agree that the ends of justice to be served by a continuance

outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through September 7, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: July 18, 2012                /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for AMADO HERNANDEZ

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: July 18, 2012                /s/ T. Zindel for R. Carlberg
                                      RUSSELL CARLBERG
                                      Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 7, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 7, 2012.

IT IS SO ORDERED.

Dated: July 18, 2012

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge